# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **FERDINAND SALLEY,** | : |
| **Plaintiff,** | : |
| vs. | : 1:06-CV-138(WLS) |
| **CAROL ELLIS, et al.,** | : |
| **Defendants.** | : |

# O R D E R

The defendants' motion for leave to file an out of time motion for Summary Judgment having been read and considered the same is hereby **GRANTED.**

SO ORDERED, this 17th day of May 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE